1   BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2   TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501
Telephone  (510) 337-1001
5   Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
6           clozano@unioncounsel.net
           tmainguy@unioncounsel.net
7

8   Attorneys for Plaintiffs

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11   THE BOARD OF TRUSTEES, in their capacities as          No.
Trustees of the LABORERS HEALTH AND
12   WELFARE TRUST FUND FOR NORTHERN                        **COMPLAINT FOR BREACH OF
CALIFORNIA; LABORERS PENSION TRUST                      CONTRACT, DAMAGES, AND
13   FUND FOR NORTHERN CALIFORNIA;                          AUDIT (ERISA 29 U.S.C. §1001, ET
                                                        SEQ., 29 U.S.C. §185)**
14   LABORERS VACATION-HOLIDAY TRUST
FUND FOR NORTHERN CALIFORNIA; and
15   LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN CALIFORNIA,
16
17                                        Plaintiffs,

18          v.

19
CATHERINE S. GURNEY, individually and doing
20   business as SIERRA LANDSCAPING &
MAINTENANCE,
21
22                                        Defendant.

23

24          Plaintiffs complain of Defendant, and for causes of action allege:

25                **JURISDICTION AND INTRADISTRICT ASSIGNMENT**

26                                         I.

27          This action arises under and is brought pursuant to section 502 of the Employee

28   Retirement Income Security Act ("ERISA"), as amended (29 U.S.C. § 1132), and section 301 of

                                            1

WEINBERG, ROGER &      COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
ROSENFELD              Case No.
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1    the Labor Management Relations Act ("LMRA") (29 U.S.C. § 185).  Venue properly lies in this

2    district court since contributions are due and payable in the County of San Francisco.  Therefore,

3    intradistrict venue is proper.

### PARTIES

**II.**

6    At all times material herein, Plaintiffs The Board of Trustees were Trustees of the

7    Laborers Health and Welfare Trust Fund for Northern California; Laborers Pension Trust Fund

8    for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; and

9    Laborers Training and Retraining Trust Fund for Northern California, together with the Welfare

10   Fund, Pension Fund, and Vacation Fund, collectively referred to as "Trust Funds."  At all times

11   material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan

12   created by a written Trust Agreement subject to and pursuant to section 302 of the LMRA (29

13   U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4

14   and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).  Each of the above-named Trust Funds is

15   administered by a Board of Trustees which may bring this action in the name of the Trust Funds

16   pursuant to the express provisions of the Trust Agreements.  All of the above named Trust Funds

17   and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs."

**III.**

19   At all times material herein, Catherine S. Gurney, individually and doing business as

20   Sierra Landscaping & Maintenance (hereinafter referred to as "Defendant"), has been an

21   employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5),

22   1145) and an employer in an industry affecting commerce within the meaning of section 301 of

23   the LMRA (29 U.S.C. § 185).

### ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

**IV.**

26   At all relevant times, Defendant was signatory and bound to a written collective

27   bargaining agreement with the Northern California District Council of Laborers, a labor

28   organization within the meaning of section 301 of the LMRA (29 U.S.C. § 185).  Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

became subject to all the terms and conditions of the Laborers Master Agreement (hereinafter "Master Agreement") by virtue of signing various Subcontractor Agreements (hereinafter "Subcontractor Agreements") with contractors who are signatory and bound to written collective bargaining agreements with the Northern California District Council of Laborers , which incorporated by reference the Master Agreements. True and correct copies of the Master Agreements for the years 2012 through 2015 and 2014 through 2019 are attached hereto respectively as Exhibits "A" and "B."  The binding terms of the Subcontractor Agreements are reflected in the July 2, 2013 and November 19, 2015 letters, attached hereto respectively as Exhibits "C" and "D."  The Master Agreement by its terms incorporates the various Trust Agreements establishing each of the Trust Funds.  By signing the Subcontractor Agreements, Defendant promised to contribute and pay to Plaintiffs the hourly amounts required by said Agreements for each hour paid for or worked by any of its employees who performed any work covered by said Agreements, and that it would be subject to and bound by all of the terms, provisions, and conditions of the Trust Agreements as incorporated by the terms of the Master Agreement.

## V.

The above-mentioned Agreements provide for prompt payments of all employer contributions to the various Trust Funds and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds in the event of a breach by the employer where it would have been impracticable or extremely difficult to ascertain the losses to the Trust Funds.  The Agreements also provide for the payment of interest on all delinquent contributions, attorneys' fees, other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the Agreements and law.

/ / /

/ / /

/ / /

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT BASED ON AUDIT)**
**VI.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**VII.**

Pursuant to the Master Agreement and the Trust Agreements, an audit of the books and records of Defendant for the period of May 2013 through March 2017 was conducted, which revealed that fringe benefit contributions in the amount of $40,852.35 and liquidated damages and interest in the amount of $20,168.54 in relation to such unpaid contributions, have not been submitted to the Trust Funds as required by said agreements.

**SECOND CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**
**VIII.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

**IX.**

Plaintiffs are the intended third-party beneficiaries of the Master Agreement and the subcontracting agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Master Agreement.

**X.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

**XI.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

**THIRD CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**
**XII.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**XIII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Agreements, and have caused Plaintiffs actual damages in an amount to be proven at trial.

## FOURTH CLAIM FOR RELIEF
### (AUDIT)
**XIV.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

**XV.**

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant, as follows:

1.      That Defendant be ordered to pay contributions in the amount of $40,852.25 and liquidated damages and interest in the amount of $20,168.54 in relation to such unpaid contributions, based on the audit;

2.      That Defendant be ordered to pay actual damages according to proof;

3.      That this Court issue an Order directing and permanently enjoining Defendant to submit to the Trust Funds, all reports and contributions due and owing by Defendant, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

4.      That this Court issue an Order permanently enjoining Defendant for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

5.      That Defendant be ordered to pay attorneys' fees;

6.      That Defendant be ordered to pay costs of suit herein;

7.      That this Court grant such further relief as this Court deems just and proper; and

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1      8.      That this Court retain jurisdiction of this matter to enforce the Order compelling an

2    Audit and payment of all amount found due and owing.

3    Dated:  July 13, 2018               WEINBERG, ROGER & ROSENFELD
4                               A Professional Corporation

5                             */s/ Tracy L. Mainguy*
                         By:   TRACY L. MAINGUY
6                             Attorneys for Plaintiffs
    145159\973288

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.